1  CENTER FOR DISABILITY ACCESS
   Raymond G. Ballister, Jr., SBN 111282
2  Phyl Grace, Esq., SBN 171771
   Chris Carson, Esq. SBN 280048
3  Christopher A. Seabock, Esq. SBN 279640
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@PotterHandy.com

7  Attorneys for Plaintiff, Rafael Arroyo, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| **Rafael Arroyo, Jr.**, | ) Case No.: 2:18-CV-00594-FMO-JEM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION TO VACATE OR** |
|  | ) **CONTINUE FINAL PRETRIAL** |
| **Robert Golbahar,** in individual and representative capacity as trustee of the Amanda Pavie Golbahar Child's Trust, dated January 28, 2010, and of the Alexis Margaux Golbahar Child's Trust, dated January 28, 2010; **Nick Bhanji** [**dismissed**]; and Does 1-10, | ) **CONFERENCE, TRIAL, AND PRETRIAL** |
|  | ) **FILING DEADLINES** |
|  | ) |
|  | ) Final Pretrial Conference: February 1, 2019 |
|  | ) Time: 10:00 a.m. |
|  | ) |
| Defendants. | ) Complaint Filed: January 24, 2018 |
|  | ) Trial Date: February 19, 2019 |
|  | ) |
|  | ) Honorable Judge Fernando M. Olguin |

## **STIPULATION**

Plaintiff Rafael Arroyo, Jr. and Defendant Robert Golbahar (collectively as "Parties"), jointly request that the Court vacate the final pretrial conference date, trial date, and deadline for filing pretrial documents, or in the alternative, continue pretrial

1

conference date, trial date, and deadlines, pending ruling on the Joint Motion for Summary Judgment.

**Whereas**, Plaintiff filed this lawsuit on January 24, 2018;

**Whereas**, the Final Pretrial Conference is currently scheduled for February 1, 2019; and Trial date is currently set for February 19, 2019;

**Whereas**, the deadline for filing of documents pursuant to Local Rule 16, including the Joint Exhibit List, Witness List, Memorandum of Contentions of Fact and Law is on January 11, 2019; the deadline for the filing of the Pretrial Disclosures, Pretrial Conference Order and Findings of Fact and Conclusions Law is on January 18, 2019; and the deadline for the filing of the Trial Brief is on February 12, 2019;

**Whereas**, the Plaintiff and Defendant filed a Joint Motion for Summary Judgment on November 9, 2018.

**Whereas**, the Parties do not want to incur the expenses of preparing pretrial documents prior to the Court's ruling on the Joint Motion for Summary Judgment that is pending and it is impractical for the parties to frame the issues for inclusion in the filings required by Local Rule 16 unless and until the Court has ruled on the pending motion;

**Whereas**, no prior request to vacate or continue dates has been made by either Party;

**THEREFORE**, in light of the above, the parties respectfully request that this Court vacate the currently set dates for Final Pretrial Conference, Trial, and filing of pretrial deadlines and the Court reset the dates after ruling on the above referenced motions; or in the alternative, grant a short continuance of 30 days for all currently set pretrial conference date, trial date, and pretrial filing deadlines.

**IT IS SO STIPULATED.**

Dated: January 10, 2019         CENTER FOR DISABILITY ACCESS

                                By: /s/ Christopher A. Seabock
                                CHRISTOPHER A. SEABOCK
                                Attorneys for Plaintiff

Dated: January 10, 2019

                                By: /s/ Morton Minikes
                                MORTON MINIKES
                                Attorney for Defendant Robert Golbahar