1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, <br><br>    Plaintiff, <br><br>v. <br><br>**Robert Golbahar,** in individual and representative capacity as trustee of the Amanda Pavie Golbahar Child's Trust, dated January 28, 2010, and of the Alexis Margaux Golbahar Child's Trust, dated January 28, 2010; <br>**Nick Bhanji [dismissed]**; and Does 1-10, <br><br>    Defendants. | Case No.: 2:18-CV-00594-FMO-JEM <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO VACATE OR CONTINUE TRIAL, PRETRIAL CONFERENCE AND PRETRIAL FILING DEADLINES** <br><br> Final Pretrial Conference: February 1, 2019 <br> Time: 10:00 a.m. <br><br> Complaint Filed: January 24, 2018 <br> Trial Date: February 19, 2019 <br><br> Honorable Judge Fernando M. Olguin |

**<u>ORDER</u>**

Pursuant to joint stipulation of the parties, and finding good cause therefore, is hereby ordered:

///

1

---

///

___ The Court will vacate the dates of the Final Pretrial Conference, the Trial, and the filing of the documentation and of the actions required under Local Rule 16. The Court will reset the dates, if necessary, after ruling on the Joint Motion for Summary Judgment; OR

___ The Final Pretrial Conference, Trial, and all corresponding dates under Local Rule 16 are hereby continued 30 days

**IT IS SO ORDERED.**

Dated:

By: _____

**HON. FERNANDO M. OLGUIN**
Judge of the U.S. District Court

2