CENTER FOR DISABILITY ACCESS
Isabel Rose Masanque, Esq., SBN 292673
Sara Gunderson, Esq., SBN 302582
Chris Carson, Esq., SBN 280048
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
SaraG@potterhandy.com

Attorneys for Plaintiff
Rafael Arroyo, Jr.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, <br><br> Plaintiff, <br><br> v. <br><br> **Robert Golbahar,** in individual and representative capacity as trustee of the Amanda Pavie Golbahar Child's Trust, dated January 28, 2010, and of the Alexis Margaux Golbahar Child's Trust, dated January 28, 2010; **Nick Bhanji;** <br><br> Defendants. | **Case:** 2:18-CV-00594-FMO-JEM <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** <br><br> Ctrm: 6D (6th Floor) <br> Date: December 19, 2019 <br> Time: 10:00 am <br><br> Hon. Judge Fernando M. Olguin |

To all Parties and their attorneys of record:

Please take notice that on December 19, 2019 at 10:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Fernando M. Olguin, located at 350 W. First Street, sixth floor, courtroom 6D, Plaintiff Rafael Arroyo, Jr. will and hereby does move this Court to enter summary judgment in favor of Plaintiff and against Defendant Robert Golbahar.

Plaintiff seeks: 1) an Order from the Court requiring the Defendant to provide accessible parking at the Rainbow Cleaners located at or about 1015 N. Aviation Blvd., Manhattan Beach, California and 2) judgment in favor of Plaintiff for $4,000.

This motion is made on the grounds that there is no genuine dispute as to any material fact and the Plaintiff is entitled to judgment as a matter of law. Plaintiff's motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and is supported by this Notice of and Motion, the Memorandum of Points and Authorities, the separate statement of undisputed material facts filed concurrently herewith, the Joint Appendix of Evidence, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

November 15, 2019                    CENTER FOR DISABILITY ACCESS

                                                      /s/ *Sara N. Gunderson*
                                                      Sara N. Gunderson
                                                      Attorneys For Plaintiff

1 | Dated: November 13, 2019     CENTER FOR DISABILITY ACCESS

By:

    Sara N. Gunderson

    Attorneys for Plaintiff