JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT GOLBAHAR, IN HIS INDIVIDUAL AND REPRESENTATIVE CAPACITY AS TRUSTEE OF THE AMANDA PAVIE GOLBAHAR CHILD'S TRUST, DATED JANUARY 28, 2010,<br><br>        Defendant. | Case No. 2:18-cv-00594-FLA (JEMx)<br><br>**JUDGMENT FOLLOWING BENCH TRIAL** |

This matter regularly came on for bench trial on November 2, 2021, on the Complaint's sole remaining claim for violation of California's Unruh Act (California Code of Civil Procedure §§ 51-53).  The action was tried before the Honorable Fernando L. Aenlle-Rocha, United States District Judge, the right to a jury having been duly waived by both Plaintiff, Rafael Arroyo, Jr. ("Plaintiff") and Defendant Robert Golbahar, in his individual and representative capacity as Trustee of the Amanda Pavie Golbahar Childs Trust, dated January 28, 2010, and of the Alexis Margaux Golbahar Childs Trust, dated January 28, 2010 ("Defendant").

Raymond George Ballister, Esq. (SBN #111282) represented the Plaintiff, and Morton Minikes, Esq. (SBN #34308) of the Law Offices of Morton Minikes represented the Defendant. After considering the evidence adduced at trial and the parties' arguments and cited authority, the court rendered its written Findings of Fact and Conclusions of Law on January 3, 2022, detailing and explaining the factual and legal basis in support of its ruling in favor of Defendant and against Plaintiff on the sole remaining claim for violation of the Unruh Act (California Code of Civil Procedure §§ 51-53). Dkt. 90.

Pursuant to and in accordance with the court's written Findings of Fact and Conclusions of Law Following Bench Trial, dated January 3, 2022 (Dkt. 90), and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Judgment is GRANTED in favor of Defendant and against Plaintiff, as the court FINDS Plaintiff is not entitled to relief under his sole remaining claim for violation of the Unruh Act (California Code of Civil Procedure, §§ 51-53) because he failed to carry his burden of proof at trial by failing to present credible evidence that he visited the Rainbow Cleaners with the requisite bona fide intent to use its services.

IT IS SO ORDERED.

Dated: February 14, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge